IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES O'DELL<br>　　　　　Plaintiff,<br>　　v.<br><br>WILBERT THOMAS SAVAGE;<br>BRADWAY TRUCKING; and/or JOHN<br>DOES, 1 through 10 (fictitious named<br>defendants) individually, jointly, severally<br>and/or in the alternative,<br>　　　　　Defendants. | : CIVIL ACTION NO.: 1:12-cv-01956 |

## STIPULATION TO REMAND MATTER TO
## SUPERIOR COURT OF NEW JERSEY IN CAMDEN COUNTY

Plaintiff, Charles O'Dell, by and through his counsel, Lundy Law, and Defendants, Wilbert Thomas Savage and Bradway Trucking, Inc. by and through their counsel, Rawle & Henderson LLP, hereby agree and stipulate as follows:

1. The above captioned matter shall be remanded to the Superior Court of New Jersey in Camden County, docket no. 001066-12.

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this matter.

3. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

LUNDY LAW

By: _____
Paul A. Sochanchak
Attorney for Plaintiff
Charles O'Dell

Dated: April 20, 2012

RAWLE & HENDERSON, LLP

By: _____
Dawn L. Jennings
Attorney for Defendants,
Wilbert Thomas Savage and
Bradway Trucking, Inc.

SO ORDERED:

_____

5419726-1